No. 201. BUCKSTAFF BATH HOUSE CO. *v.* MCKINLEY, COMMISSIONER, ET AL. See *ante,* p. 508.

No. 239. FISCHER *v.* PAULINE OIL & GAS CO. See *ante,* p. 509.

No. 49. GRIFFITHS *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Delbert A. Clithero* for petitioner. *Solicitor General Jackson* for respondent.

No. 63. LETULLE *v.* SCOFIELD, U. S. COLLECTOR OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Homer L. Bruce* for petitioner. *Assistant Solicitor General Bell, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Joseph M. Jones,* and *Robert K. McConnaughey* for respondent.

No. 69. PEARSON, STATE TREASURER, *v.* MCGRAW ET AL., EXECUTORS. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Oregon granted. *Mr. I. H. Van Winkle,* Attorney General of Oregon, for petitioner. No appearance for respondents.

No. 70. AMERICAN FEDERATION OF LABOR ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Mr. Joseph A. Padway* for petitioners. *Assistant Solicitor General Bell* and *Messrs. Robert L. Stern, Charles A. Horsky, Charles*